IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 12-cv-00368-WYD-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: April 30, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*                                              *Counsel:*

CHRISTIANS OF CALIFORNIA, INC.          Gregg S. Rich
                                                          Jerad A. West

      Plaintiff,

v.

CLIVE CHRISTIAN NEW YORK, LLP, *et*          Jeffrey Douglas Whitney
*al*.,

      Defendants.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:   MOTION HEARING**
**Court in Session:      10:01 a.m.**
Court calls case.  Appearances of counsel.

Court addresses the parties regarding defendant's MOTION to Dismiss for Lack of Jurisdiction (Docket No. 12, filed on 3/20/2012), defendant's MOTION to Dismiss for Lack of Jurisdiction (Docket No, 16, filed on 4/5/2012), defendant's MOTION to Stay Proceedings (Docket No. 22, filed on 4/11/2012), and plaintiff's RESPONSE to #22 MOTION to Stay Proceedings (Docket No. 26, filed on 4/25/2012).  The court notes that the responses to the Motion to Dismiss is due today but nothing has been filed.

Defense counsel presents oral argument.  Discussion regarding jurisdiction, plaintiff's claims, Rule 12, and Rule 26(b)(1).  Defense counsel informs the court that the defendant's would be willing to engage in limited discovery pertaining to the question of personal jurisdiction.

Counsel for the plaintiff presents oral argument.  Discussion regarding Rule 56(d), Rule 26(a) disclosures, written interrogatories, requests for production, and documents the plaintiff is seeking

to obtain through discovery.

**ORDERED:**   The defendant's MOTION to Stay Proceedings (Docket No. 22, filed on 4/11/2012) is **DENIED**.  The court will allow the plaintiff ten (10) interrogatories and five (5) requests for production of documents for each defendant directed only to jurisdiction. The court will not allow the plaintiff to undertake any depositions related to jurisdiction.  Upon the showing of good cause, the court may allow the plaintiff more written discovery and depositions.  The court will stay all briefing on the pending motion to dismiss for a period of 45 days.

HEARING CONCLUDED.

**Court in recess**:      **10:38 a.m.**
Total time in court:      00:37

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.